**No. P66/65.**—Ashear Bros., Inc., et al. *v.* United States, protests 62/12447, etc. (New York).

**No. P66/66.**—Ashear Bros., Inc., et al. *v.* United States, protests 64/19677, etc. (New York).

**No. P66/67.**—Mann and Bros., Inc. *v.* United States, protests 65/1442, etc. (New York).

**No. P66/68.**—Dumont Handkerchiefs, Inc., et al. *v.* United States, protests 65/4047, etc. (New York).

Ford, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of handkerchiefs similar in all material respects to those the subject of *Ashear Bros., Inc.* v. *United States* (55 Cust. Ct. 238, C.D. 2582), the claim of the plaintiffs was sustained.